**Felicia IVES, Plaintiff–Appellant,**

v.

**OCWEN FEDERAL BANK, FSB, a/k/a Ocwen Financial Services, Incorporated; Draper & Goldberg, P.L.L.C.; Nectar Projects; First Virginia Financial, Defendants–Appellees.**

No. 00–2208.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 27, 2001.

Felicia Ives, pro se. L. Darren Goldberg, Draper & Goldberg, P.L.L.C., Leesburg, VA; Paul McCourt Curley, Canfield, Shapiro, Baer & Heller, L.L.P., Richmond, VA, for appellees.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Felicia Ives appeals the district court's order dismissing this action for want of subject matter jurisdiction. The record reveals a lack of complete diversity among the parties because Ives and three of the Defendants are Virginia residents. Further, Ives' claims, which primarily relate to the handling of a mortgage, arise under state, rather than federal, law. Accordingly, there was no subject matter jurisdiction, and we affirm on the reasoning announced from the bench. *See Ives v. Ocwen Fed. Bank,* No. CA–00–1085–A (E.D. Va. filed Aug. 18, 2000, entered Aug. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*